**Kenneth L. NASH, Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION, Defendant–Cross– Appellant.**

**No. 05–1385, 05–1394.**

United States Court of Appeals, Federal Circuit.

March 16, 2006.

Rehearing Denied April 19, 2006.

Before NEWMAN, RADER, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**Louis WRIGHT, Jr., Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 05–3192.**

United States Court of Appeals, Federal Circuit.

March 16, 2006.

Before NEWMAN, SCHALL, and GAJARSA, Circuit Judges.

**JUDGMENT**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36